# UNITED STATES DISTRICT COURT MIDDLE FOR THE DISTRICT OF JACKSONVILLE DIVISION

Victoria Foster Plaintiff

vs.

ITS ConGlobal
Technologies & Logistics:
d/b/a ITS ConGlobal
Defendants

**CIVIL RIGHTS COMPLAINT**

(42 U.S.C § 1985)

Civil No. 3:22CV 1340-HLA-MCR
(Supplied by Clerk)

FILED
2022 DEC -6  PM 2:42
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## JURISDICTION

1.  Jurisdiction is proper in this court according to:

    a. ✓ 42 U.S.C. §1985
    b. ✓ Title VIII of the Civil Rights Act of 1964
    c. ✓ Other (29 CFR §825.220)

2.  NAME OF PLAINTIFF **VICTORIA FOSTER**
IS A CITIZEN OF THE STATE OF: **Florida**

PRESENT MAILING ADDRESS: 2909 Lenox Avenue
                          Jacksonville Florida 32254

1

3.   NAME OF FIRST DEFENDANT: **ITS Technologies & Logistics, LLC d/.
b/a ITS ConGlobal**

was the defendant acting under the authority or color of state law at the time
these claims occurred?

YES____ NO____. If your answer is "YES" briefly explain.

   ITS Technology & Logistics, LLC d/.b/a ITS ConGlobal wanted Victoria
Foster to return back to work after the 10/22/21 job related accident without fully
recovering from her injuries and without paying the cost of Foster's Physician
visits, Victoria had to cover the cost of the job related accident from her personal
car insurance PIP which was exhausted of $10,000. ITS Technology's never paid
Foster the worker's compensation the law requires. ITS llc never allowed Foster
the medical and disability leave under Family Medical Leave and Americans with
Disabilities Acts.

## NATURE OF CASE

1.   Why are you bringing this case to court? Please explain the circumstances
that led to the problem. I'm bringing this case to court because ITS Technology &
Logistics, LLC d/.b/a ITS ConGlobal's retaliatory, discriminatory and adverse
actions in this case meets the four elements necessary for a conviction under 42
U.S.C.§1985 and the gross deprivation Foster's rights alone is sufficient to invite
punitive damages under both 18 U.S.C. §241 and Title VIII of the Civil rights Act
of 1964. ITS Technology & Logistics has deprived Foster of her Constitutional
Rights by retaliating and discriminating against her for only following ConGlobals
Florida's workers comp, FMLA ADA guidelines. ConGlobal actions furthered the
deprivations by requesting Foster return to work before fully recovered from the
job related accident on 10/22/21.
   It was well known that Victoria Foster was badly hurt from the 10/22/21
accident the documents that ConGlobal has reflects this. With a family of five I had
to leave my house and move into three separate Hotel's rooms for two months for a
total of $3,495. I filed a worker's compensation form that showed injuries but was
completely ignored only paying  $987,  deposition after deposition Foster gave all

2

the information that the company asked for while having to pay out of pocket expenses through Foster's personal car insurance Bristol West at a cost of $10,000 dollars. Foster had 14 visits to her Physicians from the 10/22/21 job related injuries from 11/16/21 to 03/02/21 with no support from employer ITS Technology & Logistics.

JEA disconnected the service because ConGlobal retaliations of not allowing the worker's compensation, the medical leave under the FMLA and ADA before the service disconnection, the lost of both storage units, the continued lost of income has had a negative affect on Foster's family of five. The U.S Congress enacted the Family Medical Leave Act and the Americans with Disabilities Act to support someone like Foster when they have Medical issues especially when the accident is job related ConGlobals adverse retaliatory actions against Foster proves conspiracy against Victoria Foster's FMLA, ADA and workers compensation rights.I am demanding a jury trial on this matter.

## **CAUSE OF ACTION**

1.    I have proof that the FMLA, ADA and worker's compensation laws, have been violated when ConGlobal did not pay anything to Foster after her job related accident on 10/22/21 and that the following facts form the basis for my ***Alternative Statements of claims***.

### **The Cause for each Count is the letter A**

There is a booked marked appendix's filed for this claim for the courts convenience

***Alternative Statements of a Claims***
***for***
**DEFENDANT ITS Technologies & Logistics,**
**LLC d/b/a ITS ConGlobal**

**Count 1** CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS
42 U.S Code § 1985
(2) Supporting Facts: (Describe exacted what each defendant did or
did not do. State the facts clearly in your own words without citing
legal authority or arguments.)

A. Victoria Foster filled a for medical leave under the American with Disability act but was retaliated against for her job related injuries on October 22nd, 2021

B. On October 29th 2021 and December 14th 2021 Victoria Foster did filed a Florida worker's compensation that showed injuries from the 10/21/21 accident. **EXHIBIT 1 AND 2 OF VICTORIA'S APPENDIX VOL 1**

C. On October 22, 2021 Victoria Foster was involved in a job related accident

D. Since the October 22nd 2021 Accident employer ITS only sent two payments one for $520.02 for the benefit period 10/23/21 thru 10/29/21 and another one for $998.90 for the benefit period 11/06/21 thru 11/19/21 the employer ITS is obligated to pay all medical bills related to the October 22nd, 2021 job related accident **EXHIBIT 9 AND 10 OF APPENDIX VOL 2**

E. On dates 11/16/21, 11/18/21, 12/06/21, 12/14/21, 12/21/21, 12/29/21, 1/04/22, 11/08/21, 1/11/22, 1/13/22, 2/01/22, 3/01/22, and 03/02/22 Victoria Foster's personal car insurance **did** covered the 10/22/21 job related injuries. **EXHIBITS 1, 2, 3, 4 and 5 OF APPENDIX VOL 2**

F. Employer ITS did **not** pay all the medical bills related to the October 22nd, 2021 accident **EXHIBIT 6, 7 and 8 OF APPENDIX VOL 2**

G. Foster had to relocate from address to living in a hotel for three months at a extra cost of more than $3,000 **EXHIBIT 6,7,8,9 and 10 OF APPENDIX VOL 1**

H. Since the October 22nd, 2021 accident I definitely felt like the actions of ITS Technologies & Logistics, LLC d/b/a ITS ConGlobal showed the intent to deny the equal protection of the laws and cause injury by retaliating because of Foster complaint with the EEOC about the discrimination at ConGlobal, one of many complaints like not paying for the 10/22/21 job related injuries for Foster lawfully following the laws. **EXHIBIT 11 of APPENDIX VOL 1**

I. On October 22nd, 2021 the date of the job related accident accident, November 16th, and 18th of 2021, December 6th, 14th, 21st and 29th of 2021, January 4th, 11th and 13th 2022, February 1st, 2022, March 1st and 2nd of 2022 and

4

still currently the retaliatory adverse actions of not fully paying Fosters workers compensation, not allowing Fosters medical leave under the FMLA, not allowing Foster medical leave under the ADA, Foster's full compliance with ConGlobal's disposition after disposition without pay for her 10/22/21 job related injuries and for Foster filing a EEOC complaint for discrimination against ConGlobal shows that ITS Technologies & Logistics, LLC d/b/a ITS ConGlobal's purpose was to retaliate and deprive Victoria Foster of her rights under the worker's compensation laws, FMLA and ADA and also for **all** of Foster's communications with the staff of ConGlobal throughout the suffering of my injuries, lost of income and the damage that followed because of ConGlobals retaliation against me unfortunately the company never paid my valid claim, these total retaliatory adverse actions against my rights amounts to the conspiracy to interfere with Family Medical Leave act a civil right secured by the U.S. Constitution Bill of Rights.

J.   I'm requesting $1,000,000 in damages

**Count 2** CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS
42 U.S Code § 1985
(2) Supporting Facts: (Describe exacted what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

A.   On December 14 2021 Victoria Foster Florida filed two workers compensation forms but was not given the full amount for the claim **EXHIBIT 1 AND 2 OF VICTORIA'S APPENDIX VOL 1**

B.   Since the October 22nd 2021 Accident employer ITS only sent two payments one for $520.02 for the benefit period 10/23/21 thru 10/29/21 and another one for $998.90 for the benefit period 11/06/21 thru 11/19/21 the employer ITS is obligated to pay all medical bills related to the October 22nd, 2021 job related accident **EXHIBIT 9 AND 10 OF APPENDIX VOL 2**

C.   On dates 11/16/21, 11/18/21, 12/06/21, 12/14/21, 12/21/21, 12/29/21, 1/04/22, 1/11/22, 1/13/22, 2/01/22, 3/01/22, and 03/02/22 Victoria Foster's personal car insurance covered the 10/22/21 job related injuries. **EXHIBITS 1, 2, 3, 4 and 5 OF APPENDIX VOL 2**

D.   Employer ITS did **not** pay all the medical bills related to the October 22nd, 2021 accident. **EXHIBIT  OF APPENDIX VOL 2**

E. Foster had to relocate from address to living in a hotel for three months at a extra cost of more than $3,000 **EXHIBIT 6,7,8,9 and 10 OF APPENDIX VOL 1**

F. Since the October 22nd, 2021 accident I definitely felt like the actions of ITS Technologies & Logistics, LLC d/b/a ITS ConGlobal showed the intent to deny the equal protection of the laws and cause injury by retaliating because of Foster complaint with the EEOC about the discrimination at ConGlobal, one of many complaints like not paying for the 10/22/21 job related injuries for Foster lawfully following the laws. **EXHIBIT 11 OF APPENDIX OF VOL 1**

G. On October 22nd, 2021 the date of the job related accident accident, November 16th, and 18th of 2021, December 6th, 14th, 21st and 29th of 2021, January 4th, 11th and 13th 2022, February 1st, 2022, March 1st and 2nd of 2022 and still currently the retaliatory adverse actions of not fully paying Fosters workers compensation, not allowing Fosters medical leave under the FMLA, not allowing Foster medical leave under the ADA, Foster's full compliance with ConGlobal's disposition after disposition without pay for her 10/22/21 job related injuries and for Foster filing a EEOC complaint for discrimination against ConGlobal shows that ITS Technologies & Logistics, LLC d/b/a ITS ConGlobal's purpose was to retaliate and deprive Victoria Foster of her rights under the worker's compensation laws, FMLA and ADA and also for **all** of Foster's communications with the staff of ConGlobal throughout the suffering of my injuries, lost of income and the damage that followed because of ConGlobals retaliation against me unfortunately the company never paid my valid claim, these total retaliatory adverse actions against my rights amounts to the conspiracy to interfere with Florida's worker compensation laws a civil rights secured by the U.S. Constitution Bill of Rights.

H. I'm requesting $1,000,000 in damages

### **Count 3** CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS
### 42 U.S Code § 1985
(2) Supporting Facts: (Describe exacted what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

A. Victoria Foster filled a for medical leave under the American with Disability act but was retaliated against for her injuries on October 22nd, 2021. **EXHIBIT 1 AND 2 OF VICTORIA'S APPENDIX VOL 1**

B. Since the October 22nd 2021 Accident employer ITS only sent two payments one for $520.02 for the benefit period 10/23/21 thru 10/29/21 and another one for $998.90 for the benefit period 11/06/21 thru 11/19/21 the employer ITS is

obligated to pay all medical bills related to the October 22nd, 2021 job related accident. **EXHIBIT 9 AND 10 OF APPENDIX VOL 2**

C. On dates 11/16/21, 11/18/21, 12/06/21, 12/14/21, 12/21/21, 12/29/21, 1/04/22, 1/11/22, 1/13/22, 2/01/22, 3/01/22, and 03/02/22 Victoria Foster's personal car insurance covered the 10/22/21 job related injuries. **EXHIBIT OF APPENDIX VOL 2**

D. Employer ITS did not pay all the medical bills related to the October 22nd, 2021 accident. **EXHIBIT OF APPENDIX VOL 2**

E. Foster had to relocate from address to living in a hotel for three months at a extra cost of more than $3,000 **EXHIBIT 6,7,8,9 and 10 OF APPENDIX VOL 1**

F. Since the October 22nd, 2021 accident I definitely felt like the actions of ITS Technologies & Logistics, LLC d/b/a ITS ConGlobal showed the intent to deny the equal protection of the laws and cause injury by retaliating because of Foster complaint with the EEOC about the discrimination at ConGlobal, one of many complaints like not paying for the 10/22/21 job related injuries for Foster lawfully following the laws. **EXHIBIT 11 OF VOL 1**

G. On October 22nd, 2021 the date of the job related accident accident, November 16th, and 18th of 2021, December 6th, 14th, 21st and 29th of 2021, January 4th, 11th and 13th 2022, February 1st, 2022, March 1st and 2nd of 2022 and still currently the retaliatory adverse actions of not fully paying Fosters workers compensation, not allowing Fosters medical leave under the FMLA, not allowing Foster medical leave under the ADA, Foster's full compliance with ConGlobal's disposition after disposition without pay for her 10/22/21 job related injuries and for Foster filing a EEOC complaint for discrimination against ConGlobal shows that ITS Technologies & Logistics, LLC d/b/a ITS ConGlobal's purpose was to retaliate and deprive Victoria Foster of her rights under the worker's compensation laws, FMLA and ADA and also for **all** of Foster's communications with the staff of ConGlobal throughout the suffering of my injuries, lost of income and the damage that followed because of ConGlobals retaliation against me unfortunately the company never paid my valid claim, these total retaliatory adverse actions against my rights amounts to the conspiracy to interfere with the Americans with Disabilities Act a civil right secured by the U.S. Constitution Bill of Rights.

H. I'm requesting $1,000,000 in damages

## Retaliation claims in support of counts 1, 2 and 3

Federal case law and numerous regulatory agencies guidance says retaliation is defined as adverse actions against an employee because they have a concern of a unlawful employment practice. I have three essential elements in a claim of retaliation:

A. Victoria Foster's **protected activity** was filing a worker's compensation for the injuries and requesting medical leave under the Family Medical Leave Act and the Americans with Disabilities Act. **EXHIBIT 1 AND 2 OF VICTORIA'S APPENDIX VOL 1**

B. ITS took **Adverse action** against Victoria Foster when they declined to cover Foster's job related accident from 10/22/21 but wanted her to return to work instead and didn't want her to take the medical leave she needed.

C. The **Causal connection** is the fact that Victoria Foster had to use her personal car insurance Bristol West to cover the cost of her Physician treatments and had out of pocket expenses for each visit and ConGlobal refused to pay. **EXHIBITS 1, 2, 3, 4 and 5 OF APPENDIX VOL 2**

According Section 105 of the FMLA and section 29 CFR §825.220 to the FMLA regulations prohibit the following actions:

A. Employer ConGlobal is prohibited from interfering with, retraining, or denying the exercise of, or the attempt to exercise, any FMLA right.

B. Employer ConGlobal is prohibited from discriminating or retaliating against an employee or prospective employee for having exercised or attempted to exercise any FMLA right.

C. Employer ConGlobal is prohibited from discharging or in any other way discriminating against any person, whether or not an employee, for opposing or complaining about any unlawful practice under the FMLA.

D. All persons, whether or not employers, are prohibited from discharging or in any other way discriminating against any person, whether or not an employee, because that person has Filed any charge, has instituted, or caused to be instituted, any proceeding under or related to the FMLA.

E. ConGlobal did refuse to authorize FMLA leave after the 10/22/21 job related accident for an eligible employee in this case Victoria Foster.

F. Any violations of the FMLA or the department's regulations constitute interfering with, restraining, or denying the exercise of rights provided by the FMLA

8

Victoria Foster was participating in **Protected activity** when she filed a complaint with the on July 19th, 2022 EEOC for discrimination **EXHIBIT 11 OF APPENDIX VOL 1** and for participation in the complaint process, Also for complying with requirements from the 10/22/21 job related accident that Foster paid $10,000 from her personal car insurance company Bristol West **EXHIBIT 5 OF APPENDIX VOL 2**. The Anti-retaliation provisions in this law make it unlawful to discriminate against Foster because she has opposed any practice made unlawful under the employment discrimination statutes and/or because Foster made a charge, testified, assisted, or participated in any manner in a EEOC/U.S District Court investigation, proceeding, hearing, or litigation.

It seems that for some conspiracy employer ConGlobal never fully paid what is required when its employee Victoria Foster suffered the 10/22/21 job related from the 10/22/21 accident this was the first cause in the conspiracy to deny Foster's **Protected activity**. The most obvious of this **adverse action** is where the denial of the Florida's worker's compensation law that requires ConGlobal's to pay for workers that are hurt on the job weather or not it was their fault, the refusal to allow the medical leave under the FMLA and ADA Foster Filed for on 12/14/21 **EXHIBIT 1 AND 2 OF VICTORIA'S APPENDIX VOL 1**. ConGlobal's denial of job benefits (worker's Compensation) had the effects of a demotion, suspension, and discharge of Victoria Foster. Further the Supreme Court has ruled that retaliation may also include any acts that are "materially adverse" to a reasonable employee-whether or not those acts result in a loss of pay, benefits, or any other privileges of employment. ConGlobal's actions was harmful to the point a reasonable worker would supporting a charge of discrimination. The causal **connection** is ConGlobal's adverse actions against Foster because she engaged in a protected activity. In an opinion by Justice Breyer and joined by seven other Justices Title VII's anti-discrimination provision seeks to protect individuals from adverse employment actions while the anti-retaliation provisions seeks to protect individuals based their conduct.Victoria Foster has **proof** of retaliatory and discriminatory motives both through direct and circumstantial evidence in both appendix's and Affidavit filed in this suit. The Landmark U.S Supreme Court retaliation case *Burlington Northern & Santa Fe (BNSF) Railway Co. v. White* applies both this section and retaliation sections of this case.

## Discrimination Claims related to Counts 1,2 and 3

This case is very similar to the landmark retaliation U.S Supreme Court case ***Burlington Northern & Santa Fe (BNSF) Railway Co. v. White*** it set the precedent for claims which could be considered retaliatory under title VII of the Civil rights act of 1964 in this case was revised to include any adverse employment decision or treatment that would be likely to dissuade a "reasonable worker" from making or supporting a charge of discrimination. In Burlington Northern, respondent Sheila White, the first female employee in the Maintenance of Way department at BNSF's Tennessee Yard, was hired as a "track laborer" and assigned to operate a forklift. The "track laborer" job description included forklift operation as well as other less desirable tasks. After White complained to management that her immediate supervisor made insulting and inappropriate gender-based remarks to her, White was removed from forklift duty and assigned to dirtier and more strenuous track laborer tasks. White filed a complaint with the EEOC claiming that her reassignment constituted retaliation in violation of Title VII. Following an alleged dispute with another supervisor, White was suspended without pay. After an internal grievance procedure, however, White was reinstated with back pay. White subsequently filed an action in federal district court, claiming that BNSF retaliated against her in violation of Title VII by both changing her job responsibilities and suspending her without pay. Both the district court and circuit court ultimately found that White had suffered unlawful retaliation under Title VII.However under ConGlobal's former employee Victoria Foster was limited to work by herself as a track worker while the male track workers of the same position worked in teams, Foster was not only segregated from the men that had the same position by management the men to segregated themselves away from Foster. ConGlobal's discriminatory actions based on sex deprived Foster in a negative way of the employment opportunities the men enjoyed. These actions adversely effected her status as an employee, because Victoria Foster was the first female ever to work specifically as a rail yard worker Just like White in ***BNSF railway co v White*** Foster filed a EEOC complaint about the very same discrimination **EXHIBIT 11 OF APPENDIX VOL 1**

## Victoria's Foster X-ray MRI Examinations of  Spinal Damage

A,B,C,D,E and F are different examinations the and will be referenced to the appendix filed in this case. **EXHIBIT 11 OF APPENDIX VOL 2**

**A.** On December 8th, 2021 Victoria Foster Had an X-ray examination of her **LT FOOT** done by Physician Albert Fralicker of Advance Diagnostic Group
History: MVA dated 10/22/2021 Pain no previous studies available for comparison.

The Findings are:
1. Syndesmophyte or spur of the Achilles insertion of the posterior calcaneus, may be physiologic or arthritic No additional arthritis findings.
No additional findings of the mid foot or forefoot.
No fracture or dislocation.

The Impressions where:
1. Syndesmophyte or spur of the posterior calcaneus at the Achilles insertion.
2. An MRI can be considered as further study if clinically indicated.

The examination states that the clinical information provided on the patient clinical intake form as well as the diagnostic imaging performed and the summary of findings are positive for an Emergency Medical Condition as defined by the Florida Motor Vehicle No Fault Law.

**B.** On December 8th, Victoria Foster had an X-ray examination of her  **L TMJ** done by Physician Albert Fralicker of Advance Diagnostic Group
History: MVA dated 10/22/2021. Pain No previous studies available for comparison. **EXHIBIT 12 OF APPENDIX VOL 2**

The Findings are:
1. In the closed position, the left mandibular condole has a normal position. In the closed position, the right mandibular condyle is subluxation anteriorly.
2. In the open position, symmetric rotation and anterior translation of the bilateral mandibular condyles.
3. No fractures. No arthritis findings.

The Impressions where:
1. Anterior subluxation of the right mandibular condyle and the closed position.
2. No fractures.
3. An MRI can be considered as further study if clinically indicated.

The examination states that the clinical information provided on the patient clinical intake form as well as the diagnostic imaging performed and the summary of findings are positive for an Emergency Medical Condition as defined by the Florida Motor Vehicle No Fault law

**C.** On December 10th, 2021 Victoria Foster had an X-ray examination of her **LT KNEE** done by Physician Albert Fralicker of Advance Diagnostic Group **EXHIBIT 13 OF APPENDIX VOL 2**

• The Findings are:
1. Joint effusion,
2. Slight lateral subluxation of the patella,
3. No fracture and no arthritis findings.
• The Impressions where:
1.   Joint effusion
2.   Slight lateral subluxation of the patella.
3.   An MRI can be considered as further study if clinically indicated.

The examination states that the clinical information provided on the patient clinical intake form as well as the diagnostic imaging performed and the summary of findings are positive for an Emergency Medical Condition as defined by the Florida Motor Vehicle No Fault Law.

On December 10th, 2021 the examination was electronically signed by Dr. Scott Wiedenmann, MD

**D.** On December 8th, 2021 Victoria Foster had an X-ray examination of her **LT CALCANEUS** done by Physician Albert Fralicker of Advance Diagnostic Group **EXHIBIT 14 OF APPENDIX VOL 2**

History: MVA dated 10/22/2021. Pain, No previous studies available for comparison
The Findings are:
1.   Syndesmophyte or spur of the Achilles insertion of the posterior calcaneus, may be physiologic or arthritic
2.   No additional arthritis findings.

The Impressions where:

12

1. Syndesmophyte or spur of the posterior cacaneus at the Achilles insertion.
2. An MRI can be considered as further study if clinically indicated.

The examination states that the clinical information provided on the patient clinical intake form as well as the diagnostic imaging performed and the summary of findings are positive for an Emergency Medical Condition as defined by the Florida Motor Vehicle No Fault Law.

The examination states that the clinical information provided on the patient clinical intake form as well as the diagnostic imaging performed and the summary of findings are positive for an Emergency Medical Condition as defined by the Florida Motor Vehicle No Fault Law.

On December 10th, 2021 the examination was electronically signed by Dr. Scott Wiedenmann, MD

**E.** On December 8th, 2021 Victoria Foster had a MRI examination of her **L SPINE** done by Physician Albert Fralicker of Advanced Diagnostic Group 009/015 **EXHIBIT 15 OF APPENDIX VOL 2**

History: MVA dated 10/22/2021. Pain No previous studies available for comparison

The Findings are:
1. Homogeneous decrease signal intensity of the L4-5 disc. Slightly heterogeneous decrease signal intensity of the L5-S1 disc.
2. L1-2 through L3-4: No disc herniations or any other impingement upon the spinal canal or neural foramina. No apophyseal joint abnormalities. Normal height of the disc.
3. L4-5: Central disc herniation with an annulus tear impinging upon the thecal sac, protruding 3mm posteriorly with a disc herniation transverse diameter of 8mm. This disc herniation is superimposed upon a 2mm disc bulg resulting in mild impingement upon the bilateral lateral recesses and bilateral neural formina. No apophyseal joint abnormalities. Normal disc height.
4. L5-S1: Left paracentral disc herniation with an annulus tear impinging upon the bilateral lateral recesses anterior to the thecal sac, protruding 2.5mm posteriorly with a disc herniation transverse diameter of 11mm. No neural foramen stenosis. No apophyseal joint abnormalities. Normal disc height.
5. Lordotic curvature of the lumber spine. Normal height of the vertebral bodies. The conus of the spinal cord is of normal size and signal intensity. No bone

13

narrow signal changes to indicate occult fracture, bone bruise, or neoplastic bone pathology.

The Impressions where:
1.  L4-5 central disc herniation with an annulus tear superimposed upon a disc bulg impinging upon the thecal sac, bilateral lateral recesses, and bilateral neural foramina.
2.  L5-S1 left paracentral disc herniation with an annulus tear impinging upon the bilateral recesses anterior to the thecal sac.
3.  Given the patient's history and findings, it is medically probable that these imaging findings are related to the injuries dated 10/22/2021.

The MRI examination states that Physician Albert Fralicker reviewed the clinical information provided on the patient clinical intake form as well as the diagnostic imaging performed and the summary of findings are positive for an Emergency Medical Condition as defined by the Florida Motor Vehicle No Fault Law.
Dr. Scott Wiedenmann. MD electronically signed on 12/10/2021

**F.** On December 8th, 2021 Victoria Foster had a MRI examination of her **C SPINE** By Physician Albert Fralicker of Advance Diagnostic Group **EXHIBIT 16 OF APPENDIX VOL 2**

History: MVA dated 10/22/2021. Pain No previous studies available for comparison.

The Findings are:
1.  C2-3 and C3-4 No disc herniations or any other impingement upon the spinal canal or neural foramina. No apophyseal joint abnormalities. Normal height of the disc.
2.  C4-5 Right paracentral disc herniation/extrusion with an annulus tear impinging upon the thecal sac and spinal cord, extruding 3.5mm posteriorly, extruding above and below the disc level, with a disc herniation transverse diameter of 8mm. Associated slight decrease height of the disc. No neural foramen stenosis. No apophyseal joint abnormalities.
3.  C5-6 Left paracentral disc herniation with an annulus tear impinging upon the thecal sac, protruding 1.5mm posteriorly with a disc herniation transverse diameter of 2mm, best seen on axial imaging. No neural foramen stenosis. No apophyseal joint abnormalities. Normal disc height.
4.  C6-7 Right paracentral disc herniation with an annulus tear impinging upon the thecal sac, protruding 2mm posteriorly with a disc herniation transverse

diameter of 4mm. No neural foramen stenosis. No apophyseal joint abnormalities. Normal disc height.

5.  C7-T1 No disc herniation or any other impingement upon the spinal canal or neural foramina. No apophyseal joint abnormalities. Normal height of the disc.
6.  Kyphotic curvature of the cervical spine. Normal height of the vertebral bodies. The spinal cord is of normal size and signal intensity. No bone marrow signal changes to indicate occult fracture, bone bruise, or neoplastic bone pathology.

The Impressions where:

1.  C4-5 right paracentral disc herniation/extrusion with an annulus tear impinging upon the thecal sac and spinal cord.
2.  C5-6 left paracentral disc herniation with an annulus tear impinging upon the thecal sac.
3.  C6-7 right paracentral disc herniation with an annulus tear impinging upon the thecal sac.
4.  Kyphotic curvature of the cervical spine suspicious for ligament outs injury.
5.  Given the patient's history and findings, it is medically probable that these imaging findings are related to them injuries dated 10/22/2021.

The MRI examination states that Physician Albert Fralicker reviewed the clinical information provided on the patient clinical intake form as well as the diagnostic imaging performed and the summary of findings are positive for an Emergency Medical Condition as defined by the Florida Motor Vehical No Fault Law.

Dr. Scott Wiedenmann. MD electronically signed on 12/10/2021

## Victoria's Foster Doctors visits for Spinal Damage

### November 16th, 2021 doctor visit
### EXHIBITS 3 AND 17 OF VOL 2

A. On November 16th, 2021 Foster received 3 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B. On November 16th, 2021 Foster received 4 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

C. On November 16th, 2021 Foster received 2 unlisted modality treatments 97039

D. On November 16th, 2021 Foster received 2 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

E. On November 16th, 2021 Foster received 1 office or other outpatient visit for the evaluation and management of a new patient, which requires a medically appropriate history and/ or examination and low level of medical decision making. When using time for code selection, 30-44 minutes of total time is spent on the date of the encounter. 99203

F. On November 16th, 2021 Foster received 2 Applications of a modality to 1 or or more areas; electrical stimulation 97014

G. On November 16th, 2021 Foster received 3 Chiropractic manipulations treatment (CMT); spinal, 3-4 regions 98941

H. On November 16th, 2021 Foster received 2 Foster received 3 Applications of modality to 1 or more area; hot or cold packs 97010

I. On November 16th, 2021 Foster received 2 Applications of a modality to 1 or more areas; traction, mechanical 97012

### November 18th, 2021 doctor visit
### EXHIBIT 2 and 17 OF VOL 2

A. On November 18th, 2021 Foster received 3 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B. On November 18th, 2021 Foster received 3 unlisted modality treatments 97039

C. On November 18th, 2021 Foster received 3 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

D. On November 18th, 2021 Foster received 2 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

E. On November 18th, 2021 Foster received 3 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

F. On November 18th, 2021 Foster 3 Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

G. On November 18th, 2021 Foster 3 Applications of a modality to 1 or more areas; traction, mechanical 97012

**December 6th, 2021 doctor visit**
**EXHIBIT 2 and 17 OF VOL 2**

H. On December 6th, 2021 Foster received 2 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

I. On December 6th, 2021 Foster received 2 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

J. On December 6th, 2021 Foster received 2 unlisted modality treatments 97039

K. On December 6th, 2021 Foster received 2 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

L. On December 6th, 2021 Foster received 2 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

M. On December 6th, 2021 Foster received 2 Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

N. On December 6th, 2021 Foster received 2 Applications of modality to 1 or more area; hot or cold packs 97010

O. On December 6th, 2021 Foster received 2 Applications of a modality to 1 or more areas; traction, mechanical 97012

**December 14th, 2021 doctor visit**
**EXHIBIT 2 and 17 OF VOL 2**

A. On December 14th, 2021 Foster received 2 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B. On December 14th, 2021 Foster received 2 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

C. On December 14th, 2021 Foster received 2 unlisted modality treatments 97039

D. On December 14th, 2021 Foster received 2 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

E. On December 14th, 2021 Foster received 2 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

F. On December 14th, 2021 Foster received 2 Applications Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

G. On December 14th, 2021 Foster received 2 Applications of modality to 1 or more area; hot or cold packs 97010

H. On December 14th, 2021 Foster received 2 Therapeutic procedures in 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility. 97110

17

I. On December 14th, 2021 Foster received 2 Applications of a modality to 1 or more areas; traction, mechanical 97012

### December 29th, 2021 doctor visit
### EXHIBIT 1 and 17 OF VOL 2

A. On December 29th, 2021 Foster received 3 Applications Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B. On December 29th, 2021 Foster received magnetic resonance (eg, proton) imagine, spinal canal and contents, lumber; without contrast material 72148

C. On December 29th, 2021 Foster received a radiologic examination, foot; complete, minimum of 3 views 73630

D. On December 29th, 2021 Foster received a radiologic examination; calcaneus, minimum of 2 views 73650

E. On December 29th, 2021 Foster received a radiologic examination, knee; 3 views 73562

F. On December 29th, 2021 Foster received a magnetic resonance (eg, proton) imaging, spinal canal and contents, cervical; without contrast material 72141

G. On December 29th, 2021 Foster received a radiologic examination, temporomandibular joint, open and closed mouth; unilateral 70328

### January 4th, 2022 doctor visit
### EXHIBIT 1 and 17 OF VOL 2

A. On January 4th, 2022 Foster received 3 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B. On January 4th, 2022 Foster received 3 unlisted modality treatments 97039

C. On January 4th, 2022 Foster received 3 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

D. On January 4th, 2022 Foster 2 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

E. On January 4th, 2022 Foster received 3 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

F. On January 4th, 2022 Foster Received 3 Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

G. On January 4th, 2022 Foster received 3 Applications of modality to 1 or more area; hot or cold packs 97010

H. On January 4th, 2022 Foster received 3 Therapeutic procedures in 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility. 97110

I.   On January 4th, 2022 Foster received outpatient visit for the evaluation and management of her injuries from the 10/12/2021 job related accident 99212

J.   On January 4th, 2022 Foster received 2 applications of a modality to 1 or more area; traction, mechanical 97012

**January 11th, 2022 doctor visit**
**EXHIBIT 4 and 17 OF VOL 2**

A.   On January 11th, 2022 Foster received 3 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B.   On January 11th, 2022 Foster received 3 unlisted modality treatments 97039

C.   On January 11th, 2022 Foster received 3 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

D.   On January 11th, 2022 Foster received 2 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

E.   On January 11th, 2022 Foster received 3 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

F.   On January 11th, 2022 Foster received 3 Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

G.   On January 11th, 2022 Foster received 3 Applications of modality to 1 or more area; hot or cold packs 97010

H.   On January 11th, 2022 Foster received 3 Therapeutic procedures in 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility. 97110

I.   On January 11th, 2022 Foster received 3 Applications of a modality to 1 or more areas; traction, mechanical 97012

**January 13th, 2022 doctor visit**
**EXHIBIT 4 and 17 OF VOL 2**

A.   On January 13th, 2022 Foster received 1 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B.   On January 13th, 2022 Foster received 1 unlisted modality treatments 97039

C.   On January 13th, 2022 Foster received 1 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

D.   On January 13th, 2022 Foster received 1 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

E.   On January 13th, 2022 Foster received 1 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

F.   On January 13th, 2022 Foster received 1 Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

G. On January 13th, 2022 Foster received 1 Applications of modality to 1 or more area; hot or cold packs 97010

H. On January 13th, 2022 Foster received 1 Therapeutic procedures in 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility. 97110

I. On January 13th, 2022 Foster received 1 application of a modality to 1 or more ares; traction, mechanical related to the 97012

**February 1st, 2022 doctor visit**
**EXHIBIT 4 and 17 OF VOL 2**

A. On February 1st, 2022 Foster received 1 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B. On February 1st, 2022 Foster received 1 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

C. On February 1st, 2022 Foster received 1 unlisted modality treatments 97039

D. On February 1st, 2022 Foster received 1 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

E. On February 1st, 2022 Foster received 1 Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

F. On February 1st, 2022 Foster received 1 Applications of modality to 1 or more area; hot or cold packs 97010

G. On February 1st, 2022 Foster received 1 Therapeutic procedures in 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility. 97110

H. On February 1st, 2022 Foster received 1 Applications of a modality to 1 or more areas; traction, mechanical 97012

**March 1st, 2022 doctor visit**
**EXHIBIT 5 and 17 OF VOL 2**

I. On March 1st, 2022 Foster received 3 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

J. On March 1st, 2022 Foster received 3 unlisted modality treatments 97039

K. On March 1st, 2022 Foster received 3 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

L. On March 1st, 2022 Foster received 2 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

M. On March 1st, 2022 Foster received 3 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

N. On March 1st, 2022 Foster received 3 Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

O. On March 1st, 2022 Foster received 3 Applications of modality to 1 or more area; hot or cold packs 97010

P. On March 1st, 2022 Foster received 3 Therapeutic procedures in 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility. 97110

Q. On March 1st, 2022 Foster received 2 Applications of a modality to 1 or more areas; traction, mechanical 97012

### March 2nd, 2022 doctor visit
### EXHIBIT 5  and 18 OF VOL 2

A. On March 2nd, 2022 Foster received 1 radiology diagnostic 0320

B. On March 2nd, 2022 Foster received emergency care for the evaluation and management of the three key components within the constraints imposed by the urgency of the patient's clinical conditions and mental status; A comprehensive history; A comprehensive examination; and medical decision making of high complexity. Counseling and coordination of care with other physicians, other qualified Health care professionals, or agencies that provided consistent with the nature of the problem(s) and the patient's and Foster family's needs.Usually, the presenting problem(s) are of high severity and pose an immediate significant threat to life or physiologic function.

C. On March 2nd, 2022 Foster received 1 Radiology Diagnostic Chest X-ray 0324

D. On March 2nd, 2022 Foster received Radiologic examination, hip unilateral, with pelvis when performing; 2-3 views 73502

E. On March 2nd, 2022 Foster received 1 radiologic examination; forearm, 2 views 73090

F. On March 2nd, 2022 Foster received 1 urine pregnancy test 81025

G. On March 2nd, 2022 Foster received 3 radiologic diagnostic 0320

H. On March 2nd, 2022 Foster received pharmaceutical generic 0251

I. On March 2nd, 2022 Foster received 1 Radiologic examination, chest; single view 71045

J. On March 2nd, 2022 Foster received 1 radiologic examination, shoulder; complete, minimum of 2 views 73030

### March 1, 2022 doctor visit
### EXHIBIT 5  and 18 OF VOL 2

A. On March 01, 2022 Foster Received 3 Manual therapy techniques (eg, mobilization , manual lymphatic drainage, manual traction) 1 or more regions, each 15 minutes 97140

B. On March 01, 2022 Foster Received 3 unlisted modality treatments 97039

C. On March 01, 2022 Foster received 3 Chiropractic manipulative treatment (CMT) extraspinal 1 or more regions 98943

D. On March 01, 2022 Foster received 2 Applications of a modality to 1 or more areas; ultrasound each 15 minutes 97035

E. On March 01, 2022 Foster received 3 Applications of a modality to 1 or more areas; electrical stimulation (unattended) 97014

F. On March 01, 2022 Foster received 3 Chiropractic manipulative treatment (CMT); spinal, 3-4 regions 98941

G. On March 01, 2022 Foster received 3 Applications of modality to 1 or more area; hot or cold packs 97010

H. On March 01, 2022 Foster received 3 Therapeutic procedures in 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility. 97110

I. On March 01, 2022 Foster received 2 Applications of a modality to 1 or more areas; traction, mechanical 97012

### Victoria's Foster out of pocket Medical bills for Spinal Damage

A. ConGlobal never paid any of the required medical bills owed to Victoria Foster for the 10/22/2022 accident but On March 30th, 2022 Victoria Fosters record shows Bristol West shows that Foster's private car insurance company covered some of the cost the ITS should had paid which she pays for out of pocket for a paid total sum of $10,000 car insurance claim number 7003681367-1-1 car policy number is G011358830 **EXHIBIT 26 OF VOL 2**

B. On March 30th, 2022 Victoria's Foster private car insurance company Bristol West sent a letter informing Foster that her available Personal Injury Protection benefits are now exhausted and that Bristol West will place Claim 7003681367-1-1 in a "inactive status"   The payment logs are included with this letter **EXHIBIT 19 OF VOL 2**

C. On January 18th, 2022 Victoria Foster private car insurance company Bristol West shows Proof that Foster's policy picked up employer ITS obligations for her 12/27/21,12/28/21 and 12/23/21 visits with Physician Fralicker Albert of north side Chiropractic   check # 1632006133 in the amount of $920.00 **EXHIBIT 20 OF VOL 2**

D. On January 20th, 2022 Victoria Foster private car insurance company Bristol West shows Proof that Foster's policy picked up employer ITS obligations for her 12/30/21 visit with Physician Fralicker Albert of north side Chiropractic Check # 1632022165 in the amount of $323.34 **EXHIBIT 21 OF VOL 2**

E. On December 1st, 2022 Victoria Foster private car insurance company Bristol West shows Proof that Foster's policy picked up employer ITS obligations for her 11/02/21, 11/03/21 and 11/04/21 visits Check # 1631627399 in the amount of $ 242.94 **EXHIBIT 22 OF VOL 2**

F. On December 29th, 2021 Victoria Foster private car insurance company Bristol West shows Proof that Foster's policy picked up employer ITS obligations for her 12/13/21, 12/10/21 and 12/09/21 visits with Physician Fralicker Albert of north side Chiropractic check # 1631852918 in the amount of  $895.31 **EXHIBIT 23 OF VOL 2**

G. On December 29th, 2021 Victoria Foster private car insurance company Bristol West show proof that Foster's policy picked up employer ITS obligations for her 11/30/21 and 11/29/21 visits with Physician Fralicker Albert of north side Chiropractic check # 1631852741 in the amount of $485.58   **EXHIBIT 24 OF VOL 2**

H. On December 29th, 2021 Victoria Foster private car insurance company Bristol West shows proof that Foster's policy picked up employer ITS obligations for her 12/01/21 and 12/03/21 visit with Physician Fralicker Albert of north side Chiropractic check # 1631852918 for the amount of 533.28 **EXHIBIT 23 OF VOL 2**

I. On March 7th, 2022 Victoria Received Advance Diagnostic Groups bill for $506.77 even after Foster's PIP through her car insurance company Bristol West exhausted her claim on March 30th, 2022 after the $10,000 in Bristol West claim 7003681367-1-1 **EXHIBIT 25 and 5 OF VOL 2**

J. On July 11, 2022 Victoria Foster was negatively affected after adverse actions ITS ITS Technologies & Logistics when she had her service from AT&T disconnected for not being able to pay the $587.80 balance **Exhibit 5 of vol 1**

## INJURY

1.   How have you been injured by the actions of the defendant(s)?
     When Employer ITS conspired against my rights I suffered these injuries:

A.   When ITS Technologies & Logistics llc retaliatory, discriminatory and adverse
     actions against Victoria Foster when they declined to cover Foster's job related
     accident on 10/22/21 and when ITS llc did not pay Foster's $10,000 Physician
     bill **EXHIBIT 5, 19 AND 26 OF VOL 2**

B.   When ITS Technologies & Logistics llc retaliatory, discriminatory and adverse
     actions of not allowing medical and disability leave under the FMLA or ADA,
     covering the cost of the 10/22/21 job related accident and not paying Foster the
     worker's compensation owed to Victoria Foster she had move out of her House
     into a hotel with two separate suites to spend $ 3,474.56 **EXHIBIT 5, 19 and
     26 OF VOL 2 and EXHIBITS 5 OF VOL 5 EXHIBITS 2,6,7,8,9 and 10
     VOL 1**

C.   When ITS Technologies & Logistics llc retaliatory, discriminatory and adverse
     actions of not allowing medical and disability leave under the FMLA or ADA,
     covering the cost of the 10/22/21 job related accident and not paying Foster the
     worker's compensation owed to her she suffered the lost of her valuables in the
     cubesmart storage unit 4110 for $364.04 and storage unit 4065 **EXHIBIT 5,
     19 and 26 OF VOL 2 and EXHIBIT 3, 4 and 11 OF VOL 1**

D.   When ITS Technologies & Logistics llc retaliatory, discriminatory adverse
     actions of not allowing medical and disability leave under the FMLA or ADA,
     covering the cost of the 10/22/21 job related accident and not paying Foster the
     worker's compensation owed to her she suffered the disconnection of her JEA
     service for one week with 5 children to care for **EXHIBIT 5, 19 and 26 OF
     VOL 2**

E.   ITS never paid any of the required medical bills owed to Victoria Foster for the
     10/22/2022 accident but On March 30th, 2022 Victoria Fosters record shows
     Bristol West shows that Foster's private car insurance company covered some
     of the cost the ITS should had paid which she pays for out of pocket for a paid
     total sum of $10,000 car insurance claim number 7003681367-1-1 car policy
     number is G011358830 **EXHIBITS 5,19, 26 OF VOL 2**

F.   On March 30th, 2022 Victoria's Foster private car insurance company Bristol
     West sent a letter informing Foster that her available Personal Injury Protection
     benefits are now exhausted and that Bristol West will place Claim
     7003681367-1-1 in a "inactive status" The payment logs are included with this
     letter **EXHIBIT 19 OF VOL 2**

G. On January 18th, 2022 Victoria Foster private car insurance company Bristol West shows Proof that Foster's policy picked up employer ITS obligations for her 12/27/21,12/28/21 and 12/23/21 visits with Physician Fralicker Albert of north side Chiropractic   check # 1632006133 in the amount of $920.00 **EXHIBIT 20 OF VOL 2**

H. On January 20th, 2022 Victoria Foster private car insurance company Bristol West shows Proof that Foster's policy picked up employer ITS obligations for her 12/30/21 visit with Physician Fralicker Albert of north side Chiropractic Check # 1632022165 in the amount of $323.34 **EXHIBIT 21 OF VOL 2**

I. On December 1st, 2022 Victoria Foster private car insurance company Bristol West shows Proof that Foster's policy picked up employer ITS obligations for her 11/02/21, 11/03/21 and 11/04/21 visits Check # 1631627399 in the amount of $ 242.94 **EXHIBIT 22 OF VOL 2**

J. On December 29th, 2021 Victoria Foster private car insurance company Bristol West shows Proof that Foster's policy picked up employer ITS obligations for her 12/13/21, 12/10/21 and 12/09/21 visits with Physician Fralicker Albert of north side Chiropractic check # 1631852918 in the amount of   $895.31 **Exhibit 1 OF VOL 2**

K. On December 29th, 2021 Victoria Foster private car insurance company Bristol West show proof that Foster's policy picked up employer ITS obligations for her 11/30/21 and 11/29/21 visits with Physician Fralicker Albert of north side Chiropractic check # 1631852741 in the amount of $485.58   **EXHIBIT 24 OF VOL 2**

L. On December 29th, 2021 Victoria Foster private car insurance company Bristol West shows proof that Foster's policy picked up employer ITS obligations for her 12/01/21 and 12/03/21 visit with Physician Fralicker Albert of north side Chiropractic for the amount of 533.28 **EXHIBIT 23 OF VOL 2**

M. On March 7th, 2022 Victoria Received Advance Diagnostic Groups bill for $506.77 even after Foster's PIP through her car insurance company Bristol West exhausted her claim on March 30th, 2022 after the $10,000 in Bristol West claim 7003681367-1-1 **EXHIBIT 5 AND 25 OF VOL 2**

N. On July 11, 2022 Victoria Foster was negatively affected after adverse actions ITS ITS Technologies & Logistics when she had her service from AT&T disconnected for not being able to pay the $587.80 balance **EXHIBIT 5 OF VOL 1**

O. Because of ITS Technologies & Logistics llc Adverse actions of not allowing medical and disability leave under the FMLA or ADA, covering the cost of the 10/22/21 job related accident and not paying Foster the worker's compensation owed to her she suffered the lost of her valuables in the cubesmart storage unit

4110 for $364.04 and storage unit 4065 **EXHIBIT 5, 19 and 26 OF VOL 2 and EXHIBITS 5 OF VOL 5 EXHIBITS 2,6,7,8,9,10 and 11 VOL 1**

P.    From letters A to O in this section amounts to Mental anguish,Lost of earning power, Lost of equal protection of the laws, Lost of equal privileges and immunities under the law, Lost employment because ITS llc retaliatory, discriminatory and adverse actions against Victoria Foster, Unnecessary damage.

This is how Victoria Foster became injured by the adverse action, retaliatory, discriminatory ITS Technologies

## **REQUEST FOR RELIEF**

1.    I believe that I am entitled to the following relief:

My wish is to have $3 Million dollars for the retaliation, The Discrimination, The pain and suffering.

## **Conclusion**

A typical discrimination claim from start to finish with EEOC through appeal can take 20 months. Foster invested 50 hours of time into this case during the process.All the while, I'm suffering with emotional and mental pain trying to move on with my life with my 5 kids watching me throughout this.The wrongdoing company knows this, and was counting on me just eventually giving up and saying "I'll take whatever I can get, ConGlobal."

Restfully submitted November 28th, 2022

Victoria Foster

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at 2909 Lenox Avenue Jacksonville FL 32254 November 28th of 2022.

*Victoria Foster*
Signature

## CERTIFICATE OF SERVICE

I certify that a copy of this §1985 Complaint was served by mail on November 20th, 2022, for defendant's :

Illinois corporation service company
801 Adlai Stevenson drive springfield, IL 62703

ITS & Technology Logistics llc
Managers Ring, Brant and Kleppetsch, Paul
8205 S Cass avenue, set 115
Darien, IL 60561

Date: November 28th, 2022

Victoria Foster

27

**United States District Court**
**Middle District of Florida**
**Jacksonville Division**

Victoria Foster Plaintiff
             v.
        ITS LLC
        Defendant

**Certificate of Interested Persons**
**and Corporate Disclosure Statement**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Illinois corporation service company
801 Adlai Stevenson drive springfield, IL 62703

ITS & Technology Logistics llc
Managers Ring, Brant and Kleppetsch, Paul
8205 S Cass avenue, set 115
Darien, IL 60561

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Victoria Foster

4.)     Check one of the following:

_____ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.
                                                -or-

       _____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Date: November 20th, 2022

Victoria Foster
*Pro Se* Party
 Lenox rd Jacksonville Fl 32205

### CERTIFICATE OF  SERVICE

       I certify that a copy of this §1985 Complaint was served by Certified Mail on November 20th, 2022, to defendant's:
Illinois corporation service company
801 Adlai Stevenson drive springfield, IL 62703

ITS & Technology Logistics llc
Managers Ring, Brant and Kleppetsch, Paul
8205 S Cass avenue, set 115
Darien, IL 60561

Date: November 20th, 2022

Victoria Foster